IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-00494-WYD-MJW

KATHY BOUARD,

Plaintiff(s),

v.

RAMTRON INTERNATIONAL CORPORATION,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the *Unopposed Motion to Appear by Telephone at Scheduling Conference*, DN 10, filed with the court on May 1, 2012, is GRANTED. Counsel for the plaintiff shall be permitted to attend the Scheduling Conference by telephone and shall initiate the telephone call to the court by calling (303) 844-2403 on May 3, 2012, at 10:00 a.m.

Date:  May 1, 2012