IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-00494-WYD-MJW

KATHY BOUARD,

Plaintiff(s),

v.

RAMTRON INTERNATIONAL CORPORATION,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 15) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 15-1) is APPROVED as amended in paragraph 6 and made an Order of Court.

Date: October 16, 2012