IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00494-WYD-MJW

KATHY BOUARD,

    Plaintiff,

v.

RAMTRON INTERNATIONAL CORPORATION,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE, DISPOSITIVE MOTION DEADLINE, AND DEADLINE FOR PARTICIPATION IN ADR** (Docket no. 19)

---

Upon good cause shown in the Stipulated Motion to Modify Scheduling Order to Extend Discovery Deadline, Dispositive Motion Deadline, and Deadline for Participation in ADR filed by Defendant Ramtron International Corporation and Plaintiff Kathy Bouard, it is ORDERED that:

1. The Stipulated Motion to Modify Scheduling Order to Extend Discovery Deadline, Dispositive Motion Deadline, and Deadline for Participation in ADR is granted;

2. The November 5, 2012 discovery deadline set out in the Scheduling Order is extended to November 9, 2012;

3. The December 3, 2012 dispositive motion deadline set out in the Scheduling Order is extended to December 17, 2012; and

4. The November 5, 2012 deadline for participation in private ADR set out in the Scheduling Order is extended to December 7, 2012.

Scheduling Order (DN 14) is Amended accordingly.

12-cv-00494-WYD-MJW

DATED this 30TH day of October, 2012.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO