IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00494-WYD-MJW

KATHY BOUARD,

     Plaintiff,

v.

RAMTRON INTERNATIONAL CORPORATION,

     Defendant.

---

### ORDER DISMISSING CLAIM WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Stipulated Dismissal Of Plaintiff's Hostile Work Environment Claim With Prejudice [ECF No. 22], filed on December 21, 2012.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and plaintiff, Kathy Bouard's, hostile work environment claim should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulated Dismissal Of Plaintiff's Hostile Work Environment Claim With Prejudice [ECF No. 22], filed on December 21, 2012, is **APPROVED**.  In accordance therewith, Bouard's hostile work environment claim is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs with regard to this claim.

DATED:  December 31, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U.S. District Judge